## SARAH MACOMB *versus* JAMES MAY

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 202; (2) motion to quash habeas corpus *p. 236; (3) rule for judgment *p. 349.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) copy of indorsement on county court capias; (5) precipe for fi. fa.; (6) writ of fi. fa. and return; (7) precipe for fi. fa.; (8) promissory note.

*1821 Calendar*, MS p. 73. Recorded in *Book B*, MS pp. 132–34.

## SILAS WILLIAMS *versus* ROBERT GARRATT

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled out of court *p. 203; (2) settled out of court *p. 262.

PAPERS IN FILE: (1) Precipe for capias and affidavit of indebtedness; (2) capias.

*1821 Calendar*, MS p. 74.

## WILLIAM BRONSON *versus* IRA ROBERTS

JOURNAL ENTRIES (1821–30): *Journal 3:* (1) Appearance, motion to quash habeas corpus *p. 203; (2) continued *p. 262; (3) discontinued *p. 272. *Journal 4:* (4) Motion for judgment for costs MS p. 368; (5) motion for judgment for costs overruled MS p. 372.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) transcript of county court record; (4) letter from clerk of Oakland County.

*1821 Calendar*, MS p. 75. Recorded in *Book B*, MS pp. 135–37.